UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:
08-21028-CIV-MORENO**

GUADALUPE TORRES,

    Plaintiff,

vs.

DOM & DOM PIZZA, INC. d/b/a GINO'S PIZZA & BREW, a Florida corporation, and JEAN CARLOS MONTOYA, jointly and severally,

    Defendants.
_____/



## ORDER DENYING MOTION TO ENLARGE TIME TO SERVE SUMMONS AND DISMISSING THE CASE WITHOUT PREJUDICE

THIS CAUSE came before the Court upon Plaintiff's Motion to Enlarge Time to Serve Summons **(D.E. No. 6)**, filed on **August 14, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **DENIED**. Further, it is

**ORDERED** that this case be **DISMISSED** without prejudice for failure to serve the summons and complaint upon Defendant within 120 days after the filing of the complaint pursuant to Federal Rule of Civil Procedure 4(m). This case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of August, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record